# United States District Court

WESTERN DISTRICT OF WASHINGTON

DONNA PALMER

        Plaintiff,

    v.

BAINBRIDGE DISPOSAL, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5067KLS

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendant's Motion for Summary Judgment is GRANTED insofar as the Court finds that there is no "employee pension benefit plan" pursuant to ERISA. This case is REMANDED back to State Court for its determination of the remaining issues under Washington State law.

    February 9, 2009                                           BRUCE RIFKIN
                                                                                             Clerk

                                                                                    s/ *Traci Whiteley*
                                                                          By Traci Whiteley, Deputy Clerk